IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 11035 |
| J & B MECHANICAL, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES R. NORGLE, SR. |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 12, 2017, request this Court enter judgment against Defendant, J & B MECHANICAL, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On January 12, 2017, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for August 2016 forward. The Court also entered an order that judgment would be entered after Defendant submitted the required reports and Plaintiffs determined the amount due and owing from Defendant.

2. In April and May 2017, Defendant submitted monthly fringe benefit contribution reports for May 2016 through February 2017. All contributions due and owing from Defendant for the contributions for May 2016 through February 2017 were paid by Defendant. (See Affidavit of Kevin J. Schell).

3. Due to Defendant's untimely submission of contribution reports for May 2016 through February 2017 and the payment of the fringe benefit contributions due thereon, Plaintiffs have assessed liquidated damages for the stated time period in the amount of ten (10%) percent of all contributions due and untimely paid in the amount of $4,552.97. (Schell Aff. Par. 5).

4. In addition, Plaintiffs' firm has expended $770.00 in costs and $2,528.75 in attorneys' fees, for a total of $3,298.75, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $7,851.72.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $7,851.72.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\J & B Mechanical\#27196\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 28th day of June 2017, she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Mr. Timothy J. Somen
> Somen Law Firm, LLC
> 1620 W. Colonial Parkway
> Inverness, IL 60067
> tim@somenlawfirm.com

I hereby certify that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 28th day of June 2017:

> Ms. Jo Slavich, Registered Agent/President
> J & B Mechanical, Inc.
> 128 W. Pratt Boulevard
> Schaumburg, IL 60172-5011

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\J & B Mechanical\#27196\motion-judgment.cms.df.wpd